[No. 10031-6-III.   Division Three.   April 12, 1990.]

*In the Matter of the Marriage of* RICHARD D. ODABASHIAN, *Appellant, and* ANKIN ODABASHIAN, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 87-3-00244-4, Fred Van Sickle, J., entered May 2, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ.

[No. 9500-2-III.   Division Three.   April 12, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE HERNANDEZ MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88-1-50140-7, Duane E. Taber, J., entered August 2, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.

[No. 9983-1-III.   Division Three.   April 12, 1990.]

JOHN W. MARKER, ET AL, *Appellants,* v. ROBERT W. BAKER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 88-2-00016-1, James R. Thomas, J., entered May 5, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ.